**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 49 MAL 2022

           Respondent                 :

                                  :   Petition for Allowance of Appeal

                                  :   from the Order of the Superior Court

           v.                           :

                                  :

HERBERT TRAVER,                    :

                                  :

            Petitioner                 :

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.